IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO: 1:18-CV-214 |
| ANNIE L NEAL, ) | |
| ) | JUDGE |
| Defendant. ) | |
| ) | |

## COMPLAINT

Now comes the United States of America, by and through its legal representative, the United States Attorney for the Southern District of Ohio, and for its cause of action alleges:

1. Jurisdiction is founded on 28 U.S.C. § 1345 and 42 U.S.C. § 404(a)(1)(A).

2. Defendant resides within this judicial district and division.

3. Defendant received disability payments from the United States Social Security Administration May 2012 through October 2013 as evidenced by the attached "Exhibit A", totaling $94,774.60.

4. Defendant was not entitled to these payments in the amount of $10,340.30 because of the defendant's work activity being over the allowable limit. Therefore, she received an over payment of benefits in the amount of $10,340.30. A true copy of said history is attached hereto, marked as "Exhibit A", and by this reference made a part hereof.

5. Defendant did not appeal the determination made by the Social Security Administration.

6. On July 22, 2017, the Social Security Administration made a final demand on defendant for full repayment "Exhibit B".

7. Although payment has been demanded, payment has not been made by the Defendant.

8. After all payments have been properly credited, the entire unpaid balance due and owing to plaintiff from defendant as of August 29, 2017 is $10,340.30, all of which is evidenced by the Certificate of Indebtedness which is attached hereto, marked as "Exhibit C", and by this reference made a part hereof.

WHEREFORE, plaintiff prays for judgment against defendant in the amount of $10,340.30. Plaintiff further prays for its costs and for all further just and proper orders.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5240
E-mail: Bethany.Hamilton@usdoj.gov

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
BETHANY J. HAMILTON, Assistant United States Attorney
303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215
(614)469-5715

## DEFENDANTS
Annie Neal

County of Residence of First Listed Defendant  Butler
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [X] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 195 Contract Product Liability | | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations / **Habeas Corpus:** | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | / [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare / [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | / [ ] 550 Civil Rights | [ ] 463 Habeas Corpus - Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 446 Amer. w/Disabilities - Other / [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions | | |
| | [ ] 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C §1345
Brief description of cause:
Recovery of monies owing as a result of overpayment to SSA

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD
Bethany J. Hamilton, Assistant U.S. Attorney

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

M7

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Notice of Change in Benefits

```
                              Office of Central
                              Operations
                              1500 Woodlawn Drive
                              Baltimore, Maryland 21241-1500
                              Date: July 18, 2017
                              Claim Number: XXX-XX- 7670 HA
```

ANNIE L NEAL

We are writing to give you new information about the disability benefits which you receive on this Social Security record. In the rest of this letter, we will tell you:

- How we paid you $10,340.30 too much in benefits; and
- What to do if you think we are wrong about the overpayment.

According to our records, you have been overpaid by $10,340.30 due to your work activity being over the allowable limit beginning May 2012 through October 2013. Your termination also is continuing. Please see the chart below for an explanation on how you were overpaid.

| What you were paid | | | What you should have been paid | | |
|---|---|---|---|---|---|
| $277.00 | 11/1997 | 11/1997 | $277.00 | 09/1997 | 11/1997 |
| $520.00 | 12/1997 | 12/1997-Paid to SSI | $283.00 | 12/1997 | 12/1997 |
| $34.00 | 12/1997 | 12/1997 | $292.00 | 01/1998 | 11/1998 |
| $283.00 | 12/1997 | 10/1998 | $295.00 | 12/1998 | 07/1999 |
| $382.00 | 11/1998 | 11/1998 | $295.50 | 08/1999 | 08/1999 |
| $295.00 | 12/1998 | 07/1999 | $295.00 | 09/1999 | 11/1999 |
| $250.00 | 08/1999 | 11/1999 | $303.00 | 12/1999 | 10/2000 |
| $182.00 | 12/1999 | 12/1999 | $302.50 | 11/2000 | 11/2000 |
| $257.00 | 12/1999 | 12/1999 | $313.00 | 12/2000 | 12/2000 |
| $303.00 | 01/2000 | 11/2000 | $348.00 | 01/2001 | 11/2001 |
| $313.00 | 12/2000 | 12/2000 | $357.00 | 12/2001 | 12/2001 |
| $167.50 | 01/2001 | 01/2001 | $562.00 | 12/2005 | 11/2006 |
| $263.00 | 02/2001 | 10/2001 | $581.00 | 12/2006 | 11/2007 |
| $648.00 | 11/2001 | 11/2001 | $594.00 | 12/2007 | 12/2007 |
| $303.00 | 12/2001 | 03/2002 | $598.00 | 01/2008 | 11/2008 |
| $253.00 | 04/2002 | 04/2002 | $633.00 | 12/2008 | 11/2011 |
| $50.00 | 04/2002 | 09/2003-Paid to SSI | $655.00 | 12/2011 | 12/2011 |
| $253.00 | 05/2002 | 10/2002 | $694.00 | 01/2012 | 04/2012 |
| $108.00 | 10/2002 | 10/2002 | $0.00 | 05/2012 | 06/2017 |
| $434.00 | 11/2002 | 11/2002 | ($45.50) | 08/1999 | 08/1999-Medicare |
| $440.00 | 12/2002 | 04/2003 | ($45.50) | 11/2000 | 11/2000-Medicare |
| $264.60 | 05/2003 | 05/2003 | ($50.00) | 12/2000 | 11/2001-Medicare |
| $382.00 | 06/2003 | 09/2003 | ($54.00) | 12/2001 | 08/2002-Medicare |
| $432.00 | 10/2003 | 10/2003 | ($58.70) | 03/2003 | 09/2003-Medicare |

SEE NEXT PAGE

GOVERNMENT EXHIBIT
A

7670 HA                                                      Page 2

```
$698.00    11/2003  11/2003                    ($99.90) 10/2012 11/2012-Medicare
$46.00     12/2003  12/2003-Paid to SSI
$459.00    12/2003  12/2003
$229.30    01/2004  08/2004
$229.70    01/2004  11/2004
$716.80    08/2004  08/2004
$296.30    09/2004  11/2004
$540.00    12/2004  11/2005
$562.00    12/2005  05/2006
$474.00    06/2006  08/2006
$265.50    08/2006  08/2006
$562.00    09/2006  11/2006
$581.00    12/2006  11/2007
$594.00    12/2007  05/2008
$590.60    06/2008  06/2008
$1.70      06/2008  06/2008-Medicare Part D
$1.70      06/2008  06/2008-Medicare Part D
$592.30    07/2008  10/2008
$1.70      07/2008  10/2008-Medicare Part D
$636.30    11/2008  11/2008
$1.70      11/2008  11/2008-Medicare Part D
$632.30    12/2008  12/2008
$2.40      12/2008  12/2008
$0.70      12/2008  12/2008-Medicare Part D
($2.40)    12/2008  12/2008-Refund
$633.00    01/2009  11/2009
$633.00    12/2009  11/2010
$566.00    12/2010  12/2010
$67.00     12/2010  12/2010--Paid to SSI
$578.00    01/2011  01/2011
$633.00    02/2011  11/2011
$655.00    12/2011  10/2012
$1,084.00  11/2012  11/2012
$401.20    12/2012  12/2012
$601.00    01/2013  10/2013
$0.00      11/2013  01/2015
($25.00)   01/2015  01/2015-Remittance
($25.00)   03/2015  03/2015-Remittance
($1,006.00) 02/2016 02/2016-Remittance
$55.00     01/2011-Paid to SSI
Total Paid-$94,774.60               Total should have been paid-$84,434
```

## How To Pay Us Back

You should refund this overpayment within 30 days. Please make your check or money order payable to "Social Security Administration," and send it to us in the enclosed envelope. Include your claim number (as shown above) on your check or money order.

If you cannot refund the full $10,340.30 now, please send:

- A partial payment

SEE NEXT PAGE

- An explanation of why you cannot pay the full amount now, and

- A plan to repay the money

**Do You Think We Are Wrong About The Overpayment?**

You have certain rights with respect to this overpayment and its recovery.

1. Right to Appeal: If you disagree in any way with this overpayment determination, you have the right, within 60 days of the date you receive this notice, to request that the determination be reconsidered. If you request this independent review of the overpayment determination, please submit any additional information you have which pertains to the overpayment.

2. Right to Request Waiver: You also have the right to request a determination concerning the need to recover the overpayment. An overpayment must be refunded or withheld from benefits unless both of the following are true:

    a. The overpayment was not your fault in any way, and

    b. You could not meet your necessary living expenses if we recovered the overpayment, or recovery would be unfair for some other reason.

If you request waiver, we may need a statement of your assets and monthly income and expenses.

If you request reconsideration and/or waiver within 30 days, the overpayment will not have to be recovered until the case is reviewed. This review is described in more detail on the attached form SSA-3105, Important Information About Your Appeal, Waiver Rights, and Repayment Options. The people in any Social Security office will be glad to help you complete the forms for requesting reconsideration (SSA-561-U2, Request for Reconsideration) and/or waiver (SSA-632-BK, Request for Waiver of Overpayment Recovery or Change in Repayment Options).

Even if you do not want to request reconsideration or waiver, please call, write or visit any Social Security office if you have questions or need more information. Please take this letter with you if you do visit an office.

**Do You Think We Are Wrong?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review

SEE NEXT PAGE

the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

### If You Want Help With Your Appeal

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There also are representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

### If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-888-862-3748. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778.

SEE NEXT PAGE

You can also write or visit any Social Security office.  The office that serves your area is located at:

> SOCIAL SECURITY
> 6553 WINFORD AVENUE
> HAMILTON, OH 45011-0548

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

Enclosure(s):
  Form SSA-3105
  Refund Envelope

M7

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Final Request For Refund

```
                              Office of Central
                              Operations
                              1500 Woodlawn Drive
                              Baltimore, Maryland 21241-1500
                              Date: July 22, 2017
                              Claim Number: XXX-XX-7670 HA
ANNIE L NEAL
```

We are writing to you about an overpayment you owe us. The amount of the overpayment is $10,340.30.

We have written to you about this before, but you have not settled this matter. You should repay this overpayment now, or contact us about how you will pay us back.

### If We Do Not Hear From You

If you do not pay us or get in touch with us about this overpayment by August 27, 2017, we will consider sending your case to the Department of Justice.

If we do this, the Department of Justice might take you to court to collect the overpayment. If that happens and the court decides against you, you might have to pay both the overpayment and court costs.

### Please Get In Touch With Us Now

Please get in touch with us now if you can not afford to pay all the money you owe us. In some situations we will settle for less than the full amount you owe us. We call this a compromise settlement.

Contact us for more information about this kind of settlement. Of course, if we accept your offer, we will not refer your case to the Justice Department.

### How To Pay Us Back

Call us at 1-888-862-3585 now if you want to pay back all or part of the money you owe us. Then send us a check or money order made out to the Social Security Administration. Be sure to put your Social Security number, XXX-XX-7670HA on it. Please use the enclosed envelope to mail your check or money order to us.

SEE NEXT PAGE



-7670 HA                                                              Page 2

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-888-862-3748. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 6553 WINFORD AVENUE
> HAMILTON, OH 45011-0548

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

Enclosure(s):
    Refund Envelope

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DR
BALTIMORE, MARYLAND 21241

CERTIFICATE OF INDEBTEDNESS

Claim No. XXX-XX-7670

Debtor Name and Address:
Annie L Neal

Total debt due United States as of August 29, 2017: $ 10,340.30.

I certify that the Social Security Administration records show that the debtor named above is indebted to the United States in the amount stated above.

The claim arose in connection with an overpayment of Social Security benefits.

Section 223(a) of the Act, as pertinent herein, provides for the payment of disability insurance benefits and, in effect, that entitlement to such benefits shall end with the close of the second month following the month in which the disability ceases. Under this section of the Act, no payments may be made to an individual who engages in substantial gainful activity.

From May 2012 through October 2013, the debtor named above disability have ended and was, therefore, not due any benefit payments. The debtor was, in fact, paid benefits totaling $11,396.30 of which $1,056.00 has been repaid, leaving an unsatisfied indebtedness of $10,340.30.

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*

Stephanie Casta-Gomez, for
Jan Foushee
Associate Commissioner
For Central Operations

Date: August 29, 2017

GOVERNMENT EXHIBIT