UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>vs.<br><br>ANNIE L. NEAL,<br>　　Defendant. | Case No. 1:18-cv-214<br>Black, J.<br>Litkovitz, M.J.<br><br>**REPORT AND**<br>**RECOMMENDATION** |

The defendant, Annie L. Neal, having failed to plead or otherwise defend in this action and the default having been entered;

Now upon application of the plaintiff for judgment against the defendant in the sum of $10,340.30, and based upon a showing that defendant has been defaulted for failure to appear, and that defendant is not an infant or an incompetent person, and not in the military service of the United States,

It is hereby **RECOMMENDED** that judgment be entered in favor of the United States of America, plaintiff, against Annie L. Neal, defendant in the amount of $10,340.30 through November 16, 2018. Additional interest will accrue from the date of judgment at the legal interest rate in effect on the date of judgment, computed daily and compounded annually until paid in full, in addition to the costs of this action.

**IT IS SO RECOMMENDED**

Date: 11/16/18

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

Case No. 1:18-cv-214
Black, J.
Litkovitz, M.J.

vs.

ANNIE L. NEAL,
    Defendant.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), **WITHIN 14 DAYS** after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. This period may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation is based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections **WITHIN 14 DAYS** after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).